# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**WILBERT E. HOLLINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2332

[December 28, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 501990CF005212A.

Wilbert E. Hollins, Doral, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***